**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STARR COLEMAN,

    Plaintiff,

v.                                        CASE NO. 8:17-cv-48-T-26MAP

TRANSWORLD SYSTEMS, INC.,

    Defendant.
_____/

**O R D E R**

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.07(b). After doing so, the Court concludes that the case is due to be dismissed without notice and without prejudice.

The record reflects that service was effected on the Defendant on January 13, 2017, and that Plaintiff obtained a clerk's default on February 16, 2017.[1] However, more than sixty (60) days has elapsed since service on the Defendant and Plaintiff has failed to seek a default judgment as required by the rule. **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that this case is **dismissed without notice and without prejudice**. The clerk is directed to **close** this case.

---

[1] See dockets 6 and 8.

**DONE AND ORDERED** at Tampa, Florida, on March 14, 2017.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record